UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           Case No. 18-CV-0031

ERICA M. SCHNEIDER,

        Defendant.

_____

ORDER FOR ENTRY OF DEFAULT AND JUDGMENT
_____

The plaintiff, United States of America, has requested entry of default and judgment against the defendant pursuant to Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure. It appears by the declaration of counsel for the United States that the defendant has failed to appear, plead, or otherwise defend the action, that the claim against the defendant is for a sum certain or for a sum which can by computation be made certain, that the defendant is not a minor or an incompetent person, and that the defendant is not in military service within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

Accordingly, pursuant to Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure, it is hereby ordered that default and judgment against the defendant be entered in the principal sum of $25,026.41 plus interest of $11,106.14 as of September 6, 2017, for a total amount of $36,132.55, with additional interest accruing thereafter to the date of judgment at the annual rate of 6.875%.

Interest will be compounded annually and post-judgment interest will be charged thereafter on the principal amount at the annual rate of 2.05%.

Approved:   March 20, 2018

`s/William C. Griesbach`
WILLIAM C. GRIESBACH
Chief Judge, United States District Court